ACCEPTED
03-15-00039-CV
5058579
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/28/2015 10:30:54 AM
JEFFREY D. KYLE
CLERK

**Case No. 03-15-00039-CV**

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/28/2015 10:30:54 AM
JEFFREY D. KYLE
Clerk

**AVALON INVESTMENTS, LLC,
Appellant**

**V.**

**JEAN PENICK SPILLER,
Appellee**

**On Appeal from Cause No. 08-0128-A; in the 207th Judicial District Court of Hays County, Texas; Honorable R. Bruce Boyer, Judge Presiding**

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

NOW COMES Appellee Jean Penick Spiller, who respectfully requests an extension of time to file Appellee's Brief and would respectfully show the following:

1. The current deadline to file Appellee's Brief is May 8, 2015.

2. The undersigned counsel for Appellee has been preoccupied with the following matters: protracted settlement negotiations in an adversarial probate

1

proceeding, a motion for summary judgment filed in a state district court proceeding, and other pre-trial hearings, discovery and other commitments.

3. Additionally, the undersigned counsel experienced a hard drive crash on his work computer which resulted in several days of reduced efficiency while data was being recovered and a new operating system was purchased and set up. This period of reduced efficiency has resulted in counsel having to "catch up" with matters that arose during that time in addition to handling the matters that have arisen since then.

4. In order to ensure that all of the issues are addressed and a full and complete response to Appellant's Brief is prepared, a fourteen (14) day extension of time to file Appellee's Brief is requested. If granted, this extension will result in a new deadline of May 22, 2015 to file Appellee's Brief.

5. This is the first request for an extension of time to file Appellee's Brief.

6. This request is not made for purposes of delay but so that a proper brief can be prepared and justice can be served.

7. The undersigned counsel for Appellee Jean Penick Spiller has conferred with counsel for Appellant Avalon Investments, LLC and this motion is unopposed.

## PRAYER

Appellee Jean Penick Spiller, requests the Court grant an extension of time for filing Appellee's Brief as requested herein and for such other and further relief that the Court may allow.

Respectfully submitted,

/s/ Andrew Oliver

_____

Andrew Oliver
State Bar No. 24046556
9951 Anderson Mill Road, Suite 201
Austin, Texas 78750
(512) 233-1103 Telephone
(512) 551-0330 Fax
aoliver@oliverlawoffice.com

ATTORNEY FOR APPELLEE
JEAN PENICK SPILLER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2015, a true and correct copy of this motion was served by facsimile transmission, upon the following attorney of record for Appellants:

Arthur G. Vega
Law Offices of Arthur G. Vega
419 S. Main, Suite 301
San Antonio, Texas 78204
(210) 224-8888
(210) 225-7751 (Facsimile)
Attorney for Appellant

/s/ Andrew Oliver

_____

Andrew Oliver

3